Richard S. Walsh and Another, Executors, etc., of Ann Eliza Walsh, Deceased, v. Fidelity and Deposit Company of Maryland and Others, as Executors, etc., of John McQuirk, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

Esther Lehr v. Harris Sarason, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Norden Company, Inc., v. Libby's Hotel Corporation and Others.— Motion granted on condition that appellants furnish, within ten days from service of order to be entered hereon, an undertaking to secure the judgment or any part thereof that may be affirmed on appeal. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

S. D. T. Lunch Corporation v. Joseph Berg and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Maria Cunningham v. The City of New York.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Melvin L. Krulewitch v. Mollie Levy, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Josephine F. Burghard v. Lucile Pugh and Another, Impleaded, etc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of Ivan Josephs, a Stockholder in the R. & R. Empire Pickle Works, Inc., for the Appointment of Appraisers to Appraise the Value of His Stock.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Rebecca Nadel v. Moses Nadel.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Shirley Neibart v. Marcus Neibart.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Arbitration between Otto B. Shulhof and Eitingon Schild Co., Inc.— Motion denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Sol Blumberg v. Wickwire Spencer Steel Company, Inc.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Isidore Simonelli.— Motion granted, and the time of appellant in which to serve and file the record on appeal extended to and including June 3, 1929; the appellant's points to be filed on or before August 1, 1929, with notice of argument for October 1, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Joseph Olshansky and Another v. Samuel Biron and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Irma Guerci v. The City of New York. Charles Guerci v. The City of New York.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Arthur H. Lamborn and Others v. Czarnikow-Rionda Company. Czar-